David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Aaron R. Goldstein, Bar No. 239423
AGoldstein@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Charles C. Sipos, Bar No. 348801
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.3983
Facsimile: 206.359.4983

Attorneys for Defendant
GENERAL MILLS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CARROLL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL MILLS, INC., a Delaware corporation d/b/a BETTYCROCKER.COM; and DOES 1 through 10, inclusive<br><br>　　　　　Defendant. | Case No. 2:23-cv-01746<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

　　**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant GENERAL MILLS, INC., a Delaware corporation d/b/a BETTYCROCKER.COM ("GMI") hereby removes this case, originally filed in the

Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California.

### REMOVAL IS PROCEDURALLY PROPER

1. On February 3, 2023, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Keith Carroll v. General Mills, Inc., a Delaware corporation d/b/a Bettycrocker.com*, as case number 23STCV02462 (the "Complaint"). A copy of the Complaint, summons, and all pleadings received by GMI are attached hereto as **Exhibit A**.

2. Defendant GMI was first served with a copy of the Complaint on February 8, 2023; therefore, this Notice is timely because it is filed and served within 30 days of service of the Complaint upon GMI. 28 U.S.C. § 1446(b).

### VENUE

3. Venue lies in the United States District Court in and for the Central District of California, pursuant to 28 U.S.C. §§ 1391(a) and 1441(a), as said District Court is the federal judicial district embracing the Los Angeles County Superior Court, where the suit was originally filed, 28 U.S.C. § 84(c).

### INTRADISTRICT ASSIGNMENT

4. Pursuant to 28 U.S.C. § 84(c)(2), assignment to the United States District Court for the Central District of California is proper because Plaintiff filed this action in the Superior Court of California, County of Los Angeles.

### JURISDICTION

5. This Court has federal question jurisdiction over this action. 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States"). Plaintiff alleges GMI violated provisions of the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710. (*See* Ex. A, the Complaint ¶¶ 34-40.) Because Plaintiff's claims arise under the laws of the United States, this Court has original jurisdiction over the action. Accordingly, this action is removable pursuant to 28 U.S.C. § 1441(a).

## OTHER COMPLIANCE

6. As required by 28 U.S.C. § 1446(a), true and correct copies of all pleadings and orders served upon GMI are filed herewith as **Exhibit A**. Additionally, a true and correct copy of the state court's docket is attached hereto as **Exhibit B**.

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly serve on Plaintiff and file with the Superior Court a "Notice to Adverse Party of Removal to Federal Court." Pursuant to Federal Rule of Civil Procedure 5(d), GMI will also file with this Court a "Certificate of Service of Notice to Adverse Party of Removal to Federal Court."

**WHEREFORE**, GMI requests that this Court consider this Notice of Removal as provided by law governing the removal of cases to this Court, that this Court take such steps as are necessary to achieve the removal of this matter to this Court from Los Angeles County Superior Court, and that this Court will make such other orders as may be appropriate to effect the preparation and filing of a true record in this cause of all proceedings that may have been had in the state court action.

DATED: March 8, 2023          **PERKINS COIE LLP**

By: */s/ Aaron R. Goldstein*
    Aaron R. Goldstein, Bar No. 239423
    AGoldstein@perkinscoie.com

Attorneys for Defendant
GENERAL MILLS, INC.

161295168.1

# PROOF OF SERVICE

I, Jenna M. DeRosier, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On March 8, 2023, I served a copy of the within document(s):

**NOTICE OF REMOVAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell
sferrell@pacifictrialattorneys.com
Victoria C. Knowles
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660

*Attorneys for Plaintiff*

139127244.1                                                              PROOF OF SERVICE

1      I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on March 8, 2023, at Los Angeles, California.

*/s/ Jenna DeRosier*

Jenna M. DeRosier

139127244.1      PROOF OF SERVICE