UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CARROLL, and REBEKA RODRIGUEZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MILLS, INC., a Delaware corporation d/b/a BETTYCROCKER.COM; and DOES 1 through 10, inclusive<br><br>Defendant. | Case No. 2:23-cv-01746-DSF-MRW<br><br>**ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT  [13]** |

161830505.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs KEITH CARROLL and REBEKA RODRIGUEZ, individually and on behalf of others similarly situated ("Plaintiffs") and Defendant GENERAL MILLS, INC., a Delaware corporation d/b/a BETTYCROCKER.COM ("GMI"), through their attorneys, filed a stipulation to extend the time for GMI to respond to the First Amended Complaint. Having reviewed the stipulation of the parties, and good cause appearing therefor, the Court hereby **GRANTS** the stipulated request to extend the time for GMI to respond to the First Amended Complaint to May 24, 2023.

**IT IS SO ORDERED.**

Dated: April 17, 2023          By: _Dale S. Fischer_
                                    DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE