PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CARROLL, and REBEKA RODRIGUEZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MILLS, INC., a Delaware corporation d/b/a BETTYCROCKER.COM; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01746-DSF-MRW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Filed: February 3, 2023<br>Removed: March 8, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Keith Carroll and Rebeka Rodriguez dismisses without prejudice this action against General Mills, Inc. Defendant has not yet filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Dated: September 25, 2023

PACIFIC TRIAL ATTORNEYS
A Professional Corporation

By: _____
Scott J. Ferrell
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2023, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq